IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ROGER A. CULBRETH | : | CIVIL ACTION |
| --- | --- | --- |
| | : | NO. 09-04277 |
| v. | : | |
| | : | |
| RAY CORLL | : | |
| | : | |
| and | : | |
| | : | |
| PHIL BERNOT | : | |

ORDER

AND NOW, this 22nd day of October, 2010, in consideration of defendant Phil Bernot's motion to dismiss and plaintiff's response thereto, it is ORDERED that Bernot's motion is DENIED.

It is FURTHER ORDERED that the parties agree upon a discovery schedule and submit such discovery schedule to the court for approval.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.